UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:02CV-768-S

MICHAEL E. McKIM,                                                       PLAINTIFF

V.

CITY OF LOUISVILLE, ET AL,                                              DEFENDANTS

* * * * *

## AGREED ORDER OF DISMISSAL

By agreement of all parties,

**IT IS HEREBY ORDERED** that all claims of in the above-styled matter are hereby DISMISSED with prejudice, with each party to bear its own costs.

_____
JUDGE, UNITED STATES DISTRICT COURT

DATE: _____

HAVE SEEN AND AGREED:

_____
MICHAEL L GOODWIN
COUNSEL FOR PLAINTIFF

_____
LISA A. SCHWEICKART
COUNSEL FOR DEFENDANTS



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
### CIVIL ACTION NO. 3:02CV-768-S

MICHAEL E. McKIM,                                                                 PLAINTIFF

V.

CITY OF LOUISVILLE, ET AL,                                                    DEFENDANTS

\* \* \* \* \*

## AGREED ORDER OF DISMISSAL

By agreement of all parties,

**IT IS HEREBY ORDERED** that all claims of in the above-styled matter are hereby DISMISSED with prejudice, with each party to bear its own costs.

_____
JUDGE, UNITED STATES DISTRICT COURT

DATE: _____

HAVE SEEN AND AGREED:

*[signature]*
MICHAEL L GOODWIN
COUNSEL FOR PLAINTIFF

*[signature]*
LISA A. SCHWEICKART
COUNSEL FOR DEFENDANTS